# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

AARON ROTHENBERG,

          Plaintiffs,

vs.                                  CASE NO.:

KNIGHT SWIFT TRANSPORTATION,
WAL-MART STORES INC., COSTCO
WHOLESALE CORPORATION, and
TARGET CORPORATION,

          Defendants.

_____

## **NOTICE OF REMOVAL**

Defendant, Swift Transportation Co. of Arizona, LLC (improperly identified in the Complaint as Knight Swift Transportation), hereby gives notice of Removal of the above captioned action from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, in which this action is now pending, to the United States District Court, Middle District of Florida, Jacksonville Division, and respectfully represent as follows:

1. On or about November 19, 2021, a Complaint and Summons were served on the registered agent of Defendant Swift Transportation Co. of Arizona, LLC. The civil action entitled *AARON ROTHENBERG v KNIGHT SWIFT TRANSPORTATION, WAL-MART STORES INC., COSTCO WHOLESALE CORPORATION, AND TARGET CORPORATION.*, was commenced in the Circuit

Court, Fourth Judicial Circuit, in and for Duval County, Florida, and assigned Case number 2021-CA-005937-XXXX.

2.      This action was filed in the Duval County Circuit Court on November 8, 2021.  In accordance with 28 U.S.C. § 1446(a) and Local Rule 4.02(b) of the Local Rules of the United States District Court of the Middle District of Florida, a copy of all papers and pleadings on file with the state court, including a copy of the clerk's docket sheet are attached. (See Exhibit "A.")

3.      There is complete diversity of citizenship between the parties to this cause.  Plaintiff is a citizen of the State of Florida.  (See Complaint, paragraph 2).  Defendant Swift Transportation Co. of Arizona, LLC is a foreign company duly organized as a corporation under the law of the State of Delaware and has its principal place of business in Arizona. (See Exhibit "B.") Swift Transportation Co. of Arizona, LLC is a Delaware limited liability company with its principal place of business in Arizona.  Swift Transportation Co., LLC, a Delaware limited liability company with its principal place of business in Arizona, is the sole member of Swift Transportation Co. of Arizona, LLC.  Knight-Swift Transportation Holdings Inc., a Delaware corporation with its principal place of business in Arizona, is the sole member of Swift Transportation Co., LLC, and is a publicly held corporation. Thus, for purposes of citizenship, Defendant Swift Transportation Co. of Arizona, LLC is a citizen of Arizona and Delaware.

4.      Defendant Wal-Mart Stores Inc. is incorporated in the state of Arkansas where it maintains its principal place of business. (See Complaint paragraph 5). Defendant Costco Wholesale Corporation is incorporated in the state of Washington where it maintains its principal place of business. (See Complaint paragraph 6). Defendant Target Corporation is incorporated in the state of Minnesota where it maintains its principal place of business. (See Complaint paragraph 7). Under 28 U.S.C.A § 1332(c), a foreign corporation is deemed to be a "citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." See also, Riley v. Merrill Lynch, Pierce, Fenner and Smith, 292 F. 3d 1334, 1337-1338 (11th Cir. 2002). Accordingly, Defendant Wal-Mart Stores Inc. is a citizen of Arkansas, Defendant Costco Wholesale Corporation is a citizen of Washington, and Defendant Target Corporation is a citizen of Minnesota.

5.      This is a purported defamation action brought by the Plaintiff against Defendants in which he claims he suffered irreparable harm a result of Defendants' intentional defamation. (See Complaint, paragraphs 11-19). As is expressly referenced in the Complaint, the Plaintiff is seeking damages in excess of $9,000,000.00. (See Complaint, paragraphs 21- 25).

6.      This notice of removal is timely in that it is filed within 30 days after receipt by the Defendants of a copy of the initial pleading.  28 U.S.C. § 1446(b).

Defendants Swift Transportation Co. of Arizona, LLC, Costco Wholesale Corporation, and Wal-Mart Stores Inc. have been served and consent to the removal of this action. Thus, pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly served join and consent to the removal of this action.

7.  Since the Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000.00, this Court has subject matter jurisdiction based on diversity pursuant to 28 U.S.C §1332. As such, this removal action is proper.

8.  Defendant Swift Transportation Co. of Arizona, LLC has served the instant Notice of Removal on Plaintiff's counsel and will timely file a Notice of Application for Removal with the Clerk of the Circuit Court of the Fourth Judicial Circuit.

9.  Accompanying this Notice of Removal is a Civil Cover Sheet as well as a check for the required filing fee.

**WHEREFORE**, Defendant Swift Transportation Co. of Arizona, LLC respectfully requests that this action now pending in the Fourth Judicial Circuit in and for Duval County, Florida, be removed from there to this Honorable Court because of the complete diversity between the parties and the amount in controversy that exceeds $75,000.00.

Dated: December 8, 2021.

/s/ Alison H. Sausaman
Alison H. Sausaman
Florida Bar No. 112552
Hunter W. Phillips
Florida Bar No. 1008218
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone:  (904) 328-6456
Facsimile:   (904) 328-6473
Email: asausaman@carrallison.com
Email:  hphillips@carrallison.com
Secondary: nwelsh@carrallison.com
*Attorneys for Defendant KNIGHT SWIFT TRANSPORTATION*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide a notice of electronic filing and a copy of the foregoing to the following:

Plaintiff Aaron Rothenberg
7938 Naranja Drive West
Jacksonville, FL 32217
Mailing Address: PO Box 57803
Jacksonville, FL 32241

Joseph B. Stokes, III
Amanda Rumker
SAALFIELD SHAD, PA
245 Riverside Ave Ste 400
Jacksonville, FL 32202
Email: jstokes@saalfieldlaw.com
Email: llovein@saalfieldlaw.com
Email: khosea@saalfieldlaw.com
Email: arumker@saalfieldlaw.com
*Attorneys for TARGET CORPORATION*

Todd T. Springer
Allison B. Ziegler
LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
301 W. Bay Street, Suite 1010
Jacksonville, FL 32202
Email:LUKSJAX-Pleadings@LS-Law.com
Email: aziegler@insurancedefense.net
Email: astimpson@insurancedefense.net
*Attorneys for WAL-MART STORES, INC.*

/s/ Alison H. Sausaman
Alison H. Sausaman
Florida Bar No. 112552
*Attorneys for Defendant KNIGHT SWIFT TRANSPORTATION*

6